UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HEATH MESHELL, *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-05-1690 |
| | § | |
| NOBLE DRILLING SERVICES, INC., *et al.*, | § | |
| Defendants. | § | |

## ORDER

The parties' joint motion for an extension of time (Dkt. 14) is granted. The parties will file their chronology and disclosures by August 10, 2005.

Signed on August 2, 2005, at Houston, Texas.

_____
Stephen Wm Smith
United States Magistrate Judge